Desa Mae WELLS, Plaintiff–Appellant,

v.

BRETON MILL APARTMENTS EQUI-
TY RESIDENTIAL PROPERTIES;
Equity Residential Properties, Defen-
dants–Appellees.

No. 04–20029.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 9, 2004.

Desa Mae Wells, Houston, TX, pro se.

David Lynn Phillips, Law Offices of
David Phillips, Houston, TX, for Defen-
dants–Appellees.

Before WIENER, BENAVIDES and
STEWART, Circuit Judges.

PER CURIAM: *

Appellant Desa Mae Wells (Wells) ap-
peals from the dismissal of her claims
based on Rule 12(b)(6) of the Federal
Rules of Civil Procedure. We affirm.

Wells was evicted from her dwelling for
failure to pay rent. She does not complain
of the eviction process. Rather, Wells
claims that her eviction and/or the subse-
quent decision not to renew her lease was
based on discrimination or retaliation in
violation of 42 U.S.C. §§ 1981, 1982, and
1983, 42 U.S.C. § 3601–3631, and the
Fifth, Thirteenth and Fourteenth Amend-
ments to the United States Constitution.
The defendants/appellees responded with a
motion to dismiss based on Rule 12(b)(6)
and also asserted a nondiscriminatory ba-
sis for Well's eviction; to wit, the nonpay-
ment of rent. Wells neither responded to
the motion to dismiss or the nondiscrimi-
natory basis asserted by defendants for
her eviction.

The district court deemed the motion to
dismiss with respect to the section 1981
claim unopposed and dismissed the claim
and after a careful review of the pleadings,
set forth in detail its rationale in dismiss-
ing Well's claims. We affirm essentially
for the reasons stated by the district court
in its order signed December 1, 2003.
Even if we consider Well's purported
amended complaint, the complaint remains
conclusory and fails to remedy the defi-
ciencies in the pleadings that properly lead
to the dismissal of Well's claim.

The judgment of the district court is
affirmed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.